FILED
2015 Feb-10 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KC WARREN ING,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:14-cv-02103-RDP |
| **SERRA NISSAN OLDSMOBILE, INC., et al.,** | } |
| Defendants. | } |

## ORDER OF DISMISSAL

This case is before the court on Defendant Serra Nissan Oldsmobile, Inc.'s Motion to Compel Arbitration and Stay Action (Doc. 4), Defendant Michael J. Wilkinson's Motion to Join Defendant, Serra Nissan/Oldsmobile, Inc.'s Motion to Stay Action and Compel Plaintiff to Submit Her Claims to Binding Arbitration (Doc. 8), Defendant Abdul Islam Mughal's Joinder in Serra Nissan/Oldsmobile, Inc.'s Motion to Stay Action and Compel Arbitration (Doc. 12), and Plaintiff's Consent to Arbitration and Stay Action (Doc. 9).  Plaintiff consents to Defendants' motions to submit this matter, and all claims and causes of action therein, to arbitration pursuant to the provisions of the contract made the subject of this action.  (*See* Doc. 9).  For this reason, Defendants' Motions (Docs. 4, 8, 12) are **GRANTED IN PART** and **DENIED IN PART**.

The motions are **GRANTED** insofar as they seek to compel binding arbitration as to the claims against Defendants Serra Nissan/Oldsmobile, Inc., Michael J. Wilkinson, and Abdul Islam Mughal.  To the extent the motions seek to stay this action, the motions are **DENIED**.

On the court's own motion, it is further **ORDERED** that Plaintiff's claims against Defendants Serra Nissan/Oldsmobile, Inc., Michael J. Wilkinson, and Abdul Islam Mughal be

**DISMISSED WITHOUT PREJUDICE** to the right of the prevailing party to enforce any arbitration award.

Costs are taxed as paid.

**DONE** and **ORDERED** this February 10, 2015.

                                                **R. DAVID PROCTOR**
                                                UNITED STATES DISTRICT JUDGE