## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| KC WARREN ING, | } |
| Plaintiff, | } |
| v. | } Case No.: 2:14-cv-02103-RDP |
| SERRA NISSAN/OLDSMOBILE, INC., et al., | } |
| Defendants. | } |

## ORDER OF DISMISSAL

This case is before the court on the parties' Joint Motion to Modify Order of Dismissal (Doc. 15), filed March 17, 2015. As a result of a settlement reached in this matter, the parties request that the court modify its earlier partial order of dismissal (Doc. 13) to provide for a full dismissal of Plaintiff's Complaint, and all claims asserted therein. By agreement of the parties and for good cause shown, the Motion (Doc. 15) is **GRANTED**. Accordingly, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE** as to all claims and parties.

The parties are to bear their own costs, expenses, and attorneys' fees.

**DONE** and **ORDERED** this March 18, 2015.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE